```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :    UNSEALING ORDER
                                :
         -v.-                   :    S3 05 Cr. 1067 (KMK)
                                :
ANTHONY PRINCE,                 :
     Defendant.                 :
                                :
- - - - - - - - - - - - - - - x
```

Upon the application of Michael J. Garcia, United States Attorney for the Southern District of New York, by Assistant United States Attorneys E. Danya Perry and Daniel W. Levy, it is hereby ORDERED that Information S3 05 Cr. 1067 (KMK), <u>United States</u> v. <u>Anthony Prince</u>, shall be unsealed.

Dated:    New York, New York
          July ___, 2007

                                    _____
                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07

2