UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA               :     **WAIVER OF INDICTMENT**

      -v.-                             :     S3 05 Cr. 1067 (KMK)

ANTHONY PRINCE,                        :

           Defendant.               :

- - - - - - - - - - - - - - - - - -x

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 1344, 1349, and 1956(h), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

Dated:    New York, New York
          April 21, 2006

                                               _/s/ Anthony Prince_____
                                               ANTHONY PRINCE
                                               Defendant

                                               _/s/_____
                                               Witness

                                               _/s/ Robert J. Krakow_____
                                               Robert J. Krakow, Esq.
                                               Attorney for ANTHONY PRINCE

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 4/21/06]