

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 18, 2007

**BY HAND**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07
```

      Re:    **United States v. Anthony Prince**
               **S3 05 Cr. 1067 (KMK)**

Dear Judge Karas:

        On April 21, 2006, defendant Anthony Prince pled guilty before the Court to a sealed Third Superseding Information filed on that day. That Information was sealed because, although he did not ultimately testify, at the time the Government contemplated that Prince would testify as a Government cooperating witness at a trial held before the Court in April and May 2007. Given the conclusion of this trial, the Government respectfully requests that the Third Superseding Information, S3 05 Cr. 1067 (KMK), be unsealed at this time. The Government further requests that a Probation report be ordered and sentencing date set for the defendant.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney
                                        Southern District of New York

*So ordered.*

*KMK*
*7/19/07*

                        By:                           
                                        E. Danya Perry/ Daniel W. Levy
                                        Assistant United States Attorneys
                                        (212) 637-2434/1062

cc: Robert Krakow, Esq. (by fax)