UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

**United States of America**

-v-

**Anthony Prince,**
          **Defendant.**

---

Case No.

S305 -CR-1067- (KMK)

ORDER SETTING
SENTENCE DATE

KENNETH M. KARAS, District Judge:

      IT IS HEREBY ORDERED that the above-named defendant appear with counsel on October 3, 2007 at 10:30am in the United States District Court for the Southern District of New York, Courtroom 21 D for sentence.


Dated: July 20, 2007
      New York, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE

<u>Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.</u>