**ROBERT J. KRAKOW**
ATTORNEY AT LAW
2001 MARCUS AVENUE, Suite N125
LAKE SUCCESS, NY 11042

Tel.: (516) 354-3300
Fax (646) 349-1771



**MEMO ENDORSED**

September 27, 2007

<u>By Fax: 914-390-4152</u>
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Attention: Dawn Bordes, Courtroom Deputy

    Re: USA v. Anthony Prince, Dkt. 05 CR 1067(KMK)

Dear Judge Karas:

    I represent Anthony Prince whose sentencing is scheduled for October 3, 2007. Pursuant to my telephone conversation with your Courtroom Deputy, Dawn Bordes, this letter is being faxed to the number referenced above.

    I respectfully request a postponement of the referenced sentencing to a date in mid-November 2007. I have conferred with AUSA Danya Perry who does not object to this request.

    I require additional time to confer with Mr. Prince and to investigate and resolve a number of issues that have arisen due to the content of the Pre-Sentence Report. In addition, I am required to be out of town on October 3, 2007 to attend a meeting of the Petitioners' Steering Committee in a matter in which I represent approximately 75 claimants. This meeting was scheduled only in the last week in coordination with many attorneys from various locations in the country. Given the number of claimants that I represent and my role on the steering committee it is important that I attend this meeting.

Law Office of Robert J. Krakow

Hon. Kenneth M. Karas
September 27, 2007
Page 2

Accordingly, it is respectfully requested that this matter be adjourned for sentencing to a date in mid-November that is convenient for the Court and the parties.

Respectfully submitted,

Robert J. Krakow

cc: BY FAX: 212-637-2387
AUSA Danya Perry

Sentence is adjourned until December 13, 2007, at 11:00. There will be no more adjournments. Defense pre-sentence letters are due 2 weeks in advance of sentence; Government response is due 1 week before.

SO ORDERED

KENNETH M. KARAS U.S.D.J.