# JOB INVOICE

*[handwritten note at top:]* Massimo Bldg

| TO | First Funding Mortgage Co. |
|---|---|
| ADDRESS | Hillside Avenue |
|  | New York |
| ATTENTION | Winston Shillingford |

| DATE ORDERED | 11/16/04 | ORDER TAKEN BY | Chris (George) |
|---|---|---|---|
| PHONE NO. |  | CUSTOMER ORDER # |  |
| JOB LOCATION | 348.0033 Billing |
| JOB PHONE |  | STARTING DATE | 11/16/04 |
| TERMS | 6 months |

| QTY | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 20 | Credit Services Personal Accounts | | $67,400 | Help to clear credit report to be able to get a mortgage |
| 5 | Business (DBA) Services Credit Reports | | | |

MISCELLANEOUS CHARGES

*Included in total price*

*Paid in Full by Check (Company Ck)*

| LABOR | HOURS | RATE | AMOUNT |
|---|---|---|---|

| WORK ORDERED BY | Winston Shillingford |
|---|---|
| DATE ORDERED | 11/16/04 |
| DATE COMPLETED | 3/16/05 |

CUSTOMER APPROVAL SIGNATURE

AUTHORIZED SIGNATURE

| TOTAL LABOR | $740.00 |
|---|---|
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | $67,400.00 |

adams NC2817
MADE IN USA

JOB INVOICE

GOVERNMENT EXHIBIT
402
06-Cr. 832 (KTD) (ID)

# JOB INVOICE

| | |
|---|---|
| TO: Christopher Owens (Ceo) | DATE ORDERED: 11/27/04 |
| ADDRESS: Richmond Va 23227 | ORDER TAKEN BY: Monaee |
| | PHONE NO: 804-343-0093 |
| | CUSTOMER ORDER #: 5/5/05 |
| | JOB LOCATION: 804-343-0093 12/11/09 |
| | JOB PHONE: |
| | STARTING DATE: 11/27/04 |
| ATTENTION: Paid in Full (Company) | TERMS: 6 months |

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| 3 | business Super market Credit Services w/ employees (total # 95 people) | | $15,000.00 |
| 5 | locations R+S Stores Credit Services With managers and employees total # 150 clients | | $60,000 |
| 15 | Personal files for Credit Services the owner of above companies | | $85,000.00 |
| * | Order Total $160,000.00 | | |

**DESCRIPTION OF WORK:** Repair Credit Reports Personal and Business (help to est new credit for business + personal)

**MISCELLANEOUS CHARGES:** As Counted

**LABOR:** Flat Rates for Commercial Accounts

| WORK ORDERED BY: Monaee (C. Owens) | |
|---|---|
| DATE ORDERED: 11/27/04 | TOTAL LABOR: 160,000 |
| DATE COMPLETED: 5/27/05 | TOTAL MATERIALS: |
| CUSTOMER APPROVAL SIGNATURE | TOTAL MISCELLANEOUS: |
| AUTHORIZED SIGNATURE | SUBTOTAL: |
| | TAX: |
| | GRAND TOTAL: 160,000 |

NC2817
MADE IN USA

**JOB INVOICE**