ROBERT J. KRAKOW
ATTORNEY AT LAW
LAW OFFICE OF ROBERT J. KRAKOW, P.C.
1205 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530

**MEMO ENDORSED**

Tel.: (516) 354-3300
Fax (646) 349-1771

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____ │
│ DATE FILED: _____ │
└─────────────────────────────┘
```

January 4, 2008

By Fax: 914-390-4152
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

    Re: USA v. Anthony Prince, Dkt. 05 CR 1067(KMK)

Dear Judge Karas:

I represent Anthony Prince, whose sentencing is scheduled for January 11, 2008. Pursuant to my telephone conversation with Alicia of Your Honor's chambers this letter is being faxed to the number referenced above.

I respectfully request a postponement of the referenced sentencing. I have conferred with A.U.S.A. Danya Perry who does not object to this request.

In a telephone conversation with Ms. Perry today it became apparent that there exists a highly unusual issue that bears on sentencing. While the parties have been generally aware of this unusual issue, the defense believes that we can only fully address the issue if we obtain disclosure of sensitive information that has heretofore been unavailable to the defense. The government and defense have worked out an amicable arrangement that will allow the defense to obtain disclosure of the information. I have arranged an appointment with Ms. Perry that will take place at 10:00 a.m. on January 10, 2008 so that I may review the information. I will require some additional time thereafter to review with my client the issues that may be implicated

*Law Office of Robert J. Krakow*

Hon. Kenneth M. Karas
January 4, 2008
Page 2

by the information I obtain and to address the issues in a
submission to the Court for sentencing, if necessary.

As Your Honor will observe, this matter has been
adjourned several times. While counsel has experienced some
disruptive personal matters in December that may have
necessitated this request, including an unexpected
relocation of my family's residence, it is the new
information being brought to my attention that now
necessitates this postponement request. I will then be able
to thoroughly review some potentially important issues,
confer with my incarcerated client about them, and fully
address the issues to the Court in a written submission.

With respect to scheduling, A.U.S.A. Perry has advised
me that the date of February 6, 2008 may be a convenient
sentencing date for her office and the Court, as the Court
has a sentencing scheduled to take place in another matter
on that date at the United States Courthouse at 500 Pearl
Street. If February 6, 2008 is not available or acceptable,
the defense respectfully requests any date after February
6, 2008 that is convenient for the Court and the
government.

Accordingly, it is respectfully requested that this
matter be adjourned for sentencing to a date on or after
February 6, 2008 that is convenient for the Court and the
parties.

Respectfully submitted,

Robert J. Krakow

cc:  BY FAX: 212-637-2387
     A.U.S.A. Danya Perry

*Sentence is adjourned until January 30, 2008, at 3pm. Sentence will take place in courtroom 21D at 500 Pearl street.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

*1/7/8*